**ATTACHMENT A**

All right and title to the real property located in Saint Helena, California titled in the names of Larkin and M. Larkin, Trustees for Ocotillo Family Trust ("Saint Helena Property"), APN 030-050-028-000, including all appurtenances, improvements, and attachments thereon, as well as all leases, rents, and profits derived therefrom, more particularly described as follows:

>PARCEL ONE:
>Lot 1 as shown on the "Parcel Map of the Land of L. George Lambert," filed November 2, 1973 in Book 5 of Parcel Maps, page 70, Office of the Recorder of said Napa County.
>
>PARCEL TWO:
>A portion of Lot 4 as shown on Map Number 2450 entitled, "Parcel Map of the Lands of L. George Lambert" recorded November 2, 1973 and filed in Book 5 of Parcel Maps at page 70 in the Office of the Napa County Recorder described as follows:
>
>Beginning at a 3/4" iron pipe marking on the most Westerly corner of said Lot 4; thence along the Northwest line of said Lot 4 North 48°37'53" East 400.06 feet to a 3/4" iron pipe; thence South 44°19'00" East 113.23 feet to a 3/4" iron pipe; thence South 45°05'28" West 399.06 feet to a point on the Southwest line of said Lot 4, said point being marked by a 3/4" iron pipe; thence along said Southwest line, North 44°31'16" West 137.93 feet to the point of beginning.